UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

John D. Binion

    v.

New Hampshire Department
of Corrections, et al.

Civil No. 00-501-M
Opinion No. 2001 DNH 081X

**O R D E R**

I herewith approve the Report and Recommendation of

Magistrate Judge Muirhead dated March 20, 2001.  This dismissal

counts as a strike against the plaintiff under 28 U.S.C.

§ 1915(g).

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

April 16, 2001

cc:  John D. Binion, pro se